**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| APARICIO PEREZ-OXLAJ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02916-TLP-tmp |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, New Orleans | ) | |
| Field Office Director of Immigration and | ) | |
| Customs Enforcement, Enforcement and | ) | |
| Removal Operations, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DIRECTING
PETITIONER TO REPLY**

Petitioner Aparicio Perez-Oxlaj, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.[1] (ECF No. 1.) Respondent has already appeared in this case.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the grounds for challenge raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **three (3) days** of entry of this Order why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

---

[1] The Court granted Petitioner's first Habeas Petition in January 2026. *See Perez-Oxlaj v. Harper*, No. 2:26-cv-02036-TLP-tmp, ECF No. 10 (W.D. Tenn. Jan. 27, 2026).

1

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **three (3) days** after Respondent's responsive filing.  Failure to comply with this requirement may justify the Court dismissing the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 3rd day of August, 2026.

  s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE